UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ST. FRANCIS MEDICAL CENTER, INC. | CIVIL ACTION NO. 14-2331 |
| VERSUS | JUDGE ROBERT G. JAMES |
| AETNA HEALTH MANAGEMENT, LLC, ET AL. | MAG. JUDGE JAMES D. KIRK |

### ORDER

IT IS ORDERED that the stay in the above-referenced matter be lifted.

IT IS FURTHER ORDERED, after considering the Joint Motion for Dismissal [Doc. No. 17] filed by Plaintiff, St. Francis Medical Center, Inc., and Defendants, Aetna Health Management, LLC and Aetna Health Insurance Company, that the motion is hereby DENIED. However, IT IS ORDERED that this action is **administratively terminated, without prejudice to the right of the parties to re-open proceedings.** All pending motions are denied as moot.

IT IS FURTHER ORDERED that, within sixty (60) days of the date this Order is entered, the parties submit to the Court a Joint Stipulation of Dismissal signed by all parties who have appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 10th day of September, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE